HENRY J. MELOSH ET AL., PROSECUTORS, v. THE MAYOR, ETC., OF JERSEY CITY ET AL., DEFENDANTS.

Argued October 9, 1930—Decided October 20, 1930.

Before Justices CAMPBELL and BODINE.

For the prosecutors, *Melosh, Morten & Melosh*.

For the defendants, *Irwin Rubenstein*.

PER CURIAM.

The applicants for the writ are owners of property on Gifford avenue, Jersey City. They seek to review the action of the city commission in awarding a building permit for an apartment house to be erected on Gifford avenue in that city. The questions presented have been so recently ruled against the contention of the applicants in *Adams* v. *Jersey City*, No. 97, February term, 1930, Court of Errors and Appeals, to-day decided that the writ must be denied.